**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00398-REB-MJW

CAREY MEGAN SCHARFENSTINE,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Plaintiff's Motion For Leave to File a Sur-Reply or in the Alternative for Oral Argument** [#23] filed May 26, 2009. The motion is **DENIED**.

    Dated: May 27, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.